(April 9, 1979)

■ THOMAS J. AMODEO, Appellant, v COUNTY OF ORANGE, Respondent.— Appeal from order of the Supreme Court, Orange County, dated January 31, 1978, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court dated July 5, 1978, affirmed. No opinion. The respondent is awarded one bill of costs. Suozzi, J. P., Lazer, Shapiro and Cohalan, JJ., concur. [94 Misc 2d 53.]